# DEMAND FOR ARTICLE III COMMON LAW COURT OF RECORD

## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA GREENSBORO DIVISION
### CIVIL COMPLAINT

Case Number: 25CV778

**Jury Trial DEAMNDED**

:Edward-Frederick:, III, Family of McCallum *sui juris*
EDWARD FREDERICK MCCALLUM III – corporate estate
Edwad Frederick McCallum III – corporate person
EDWARD FREDERICK MCCALLUM III TRUST ©
**Plaintiff(s)**

v.

Randolph Hospital
Randolph County Register of Deeds
United States
North Carolina Vital Records
North Carolina State Center for Health Statistics
North Carolina Department of Health and Human Services(DHHS)
State of North Carolina/North Carolina
North Carolina Secretary of State
Judiciary Courts of the State of North Carolina
North Carolina Department of Revenue
United States Treasury
North Carolina DMV
North Carolina DOT
Federal Reserve Bank of St. Louis
Social Security Administration
**Defendant(s)**

## COMPLAINT

**I DO NOT CONSENT**, to being addressed as a corporate person or estate(first, middle, last), I am the Divine Spirit within this Body/Vessel, with Unalienable Rights, Free Will, protected by the Constitution, Declaration of Independence, and Bill of Rights. ALL Laws, Oaths of Office, and any substance of authority is non-existent and have been systemically ignored and abused to allow the implementation of Modern Day Slavery to control, oppress, and mentally, physically, psychologically torture society.

**COMES NOW** the Plaintiff, pursuant to 28 U.S. Code § 1916 in the divine and lawful name of the living man, to preserve his sovereignty, secure his personal and private rights, safety, health and well being as a Constitutionally protected natural born living man. This is to take back MY honorable name and remove the fraudulent hold this criminal corporation has held over it for the purpose oppressive control and manipulation.

**Maxims of Law**

**21d.** He who can will [exercise volition,] has a right to refuse to will, [to withhold consent.] Dig. 50, 7. 3.

**24a.** An action cannot be founded on a barren or unconditional contract. C.L.M.

1

**24f.** A contract without consideration, or upon a faalse consideration, (which fails), or upon unlawful consideration, cannot have any effect. Code 3, 3, 4; Chit. Cont. (11th Am. Ed.) 25, note; Noy, Max. 24; 2 Bl. Comm. 445; 1 story, Contr. S. 525;

**24j.** In contracts, the truth of the matter ought to be regarded rather than the writing. Coke. 4, 22, 1.

**24m.** Contracts which are not illegal, and do not originate in fraud, must in all respects be observed. Code. 2, 3, 29; Broom, Max. 624.

## I. The Parties to This Complaint

### A. Plaintiff(s),

:Edward-Frederick: III Family of McCallum – Constitutionally Protected natural born living man
Conservator for Edward Frederick McCallum III – Corporate Personal
Conservator for EDWARD FREDERICK MCCALLUM III – Corporate Estate
EDWARD FREDERICK MCCALLUM III TRUST©
c/o 1066 Worthville Road Lot #25
Randleman, North Carolina 27317
Eddie.McCallum@proton.me

### B. Defendant(s):

1. Randolph Hospital
   364 White Oak Street, Asheboro, Randolph County, North Carolina, [27204], 336-318-5151

2. Randolph County Register of Deeds
   158 Worth Street, Asheboro, Randolph County, North Carolina, 27204, 336-318-6960

3. United States Inc. – Harry S. Truman Building
   2201 C. Street, NW Washington DC, 20520

4. North Carolina Vital Records
   225 North McDowell Street, Raleigh, Wake County, North Carolina, 27603, 919-733-3000

5. North Carolina State Center for Health Statistics
   222 North Dawson Street, Raleigh, Wake County, North Carolina 27603, 984-236-7400

6. North Carolina Department of Health and Human Services(DHHS)
   5601 Six Forks Road, First Floor, 1914 Mail Service Center, Raleigh, Wake County, North Carolina, 27699-1914

7. The State of North Carolina/North Carolina
   9001 Mail Service Center, Raleigh, Wake County, 27699-9001

8. North Carolina Secretary of State
   2 South Salisbury Street, Raleigh, Wake County, North Carolina, 27601, 919-814-5400

9. Judiciary Courts of the State of North Carolina
   2 East Morgan Street, Raleigh, Wake County, North Carolina 27601

10. North Carolina Department of Revenue
    501 North Wilmington Street, Raleigh, Wake County, North Carolina, 27604, 704-519-3000

2

11. United States Treasury
    1500 Pennsylvania Avenue NW, Washington DC, 20220

12. North Carolina DMV
    1515 North Church Street, Rocky Mount, Nash Street, North Carolina, 27804

13. North Carolina DOT
    1501 Mail Service Center, Raleigh, Wake County, North Carolina, 27699-1501

14. Federal Reserve Bank of St. Louis, Broadway and Locust
    1 Federal Reserve Bank Plaza, St. Louis, MO 63102

15. Social Security Administration
    6401 Security Blvd., Baltimore Maryland 21235

## II. Stare decisis

1. **Penhallow v Doane Administrators** (3US 54; 1 L Ed. 57; Dall N54) UNITED STATES SUPREME COURT RULING 1795 – *No corporation has jurisdiction over a natural man.* "In as much as every government is an artificial person, an abstraction and a creature of the mind only, a government can interface **ONLY** with artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc, can concern itself with anything other than corporate, artificial persons and the CONTRACTS between them".

2. **Shuttlesworth v. City of Birmingham, Alabama 373 U.S. 262** – "If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right(liberty) with impunity."

3. **City of Dallas, et al. vs. Mitchell, 245 S. W. 944, 945-46 )1922)** – "The rights of the individual are not derived from governmental agencies, either municipal, state, or federal, or even from the Constitution. They exist inherently in every man, by endowment of the Creator, and are merely reaffirmed in the Constitution, and restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government. The people's rights are not derived from the government, but the government's authority comes from the people. The Constitution but states again these rights already existing, and when legislative encroachment by the nation, state, or municipality invade these original and permanent rights, it is the duty of the courts to do so declare, and to afford the necessary relief"

4. **Ex parte Milligan, 71 U.S. 2 (1866)** – "Neither the legislature nor any executive or judicial officer may disregard the provisions of the constitution in case of emergency." "Section 98 therefore, ANYONE who declares the suspension of constitutionally guaranteed rights (to freely travel, peacefully assemble, a living, freely worship, etc.) and or attempts to enforce such suspension within 50 independent, sovereign, continental United States of America is making war against out constitution(s) and, therefore, we the people. They violate their constitutional oath and thus, immediately forfeit their office and authority and their protections may be disregarded with impunity and that means ANYONE; even the governor and President."

3

5. **People v. Herkimer, 4 Cow. 345 (N.Y. Sup. Ct. 1825)** – "The people, or sovereign are not bound by general words in statutes, restrictive of prerogative right, title or Interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign..."

6. **Federal Radio Commission v. General Electric 281 US 464(1930)** - **Decided** that "There are no judicial courts in America and have not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes." And furthermore, "There have not been any Judges in America since 1789. There have just been administrators."

7. **Hertado v. California, 110 U.S. 516** - "The State cannot dimmish the rights of the People"

8. **Rio Grande v Darke, 167 P. 241** -"Government lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the states and its municipalities seeking remedy."

9. **Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.** - ""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially...but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..."

10. **Burns v. Sup. Ct., SF, 140 Cal. 1.** - "Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities."

11. . **Board of Trade v. Olson, 262 US 1; 29 ALR 2d 105.** "The elementary doctrine that the constitutionally of a legislative act is open to attack only by persons whose rights are affected thereby, applies to statute relating to administrative agencies, the validity of which may not be called into question in the absence of a showing of substantial harm, actual or impending, to a legally protected interest directly resulting from the enforcement of the statue."

12. **Tomlin's Law Dictionary, 1835 Edition, Volume 2** "OATH...All oaths must be lawful allowed, by the common law, or some statute; if they are administered by persons in a private capacity, or not duly authorized, they are **coram non judice** [before a judge not competent or without jurisdiction], and void; and those administering them are guilty of a high contempt, for doing it without warrant of law, and punishable by fine and imprisonment. When they are doing anything to enforce the statutes and anything else outside their capacity they are in their PRIVATE CAPACITY."

13. **Doolan v. Carr, 125 US 618; City v Pearson, 181 Cal. 640.** "An action by Department of Motor Vehicles, whether directly of through a court sitting administratively as the hearing officer, must be clearly defined in the statute before it has subject matter jurisdiction, without such jurisdiction of the licensee, all acts of the agency, by its employees, agents, hearing officers, are null and void."

14. **c.f. 19 Corpus Juris Secundum (C.J.S.)**
    Corporations §883 § 884 (2003) [Legal Encyclopedia]. This means that a Corporation has the exact constitutional restrictions upon it, as the State that created it. If there is a violation of Law in the defective

4

creator, the creature is also defective, There is no corporation. The true definition of a sovereign is one that is answerable to The Supreme Divinity ALONE, AND NO OTHER. THE U.S. Federal corporation or any municipal subdivision i.e. State of whichever IS NOT sovereign.

15. The United States is a District of Columbia corporation. In **Volume 20: Corpus Juris Sec. § 1785** we find "The United States government is a foreign corporation with respect to a State" **(see: NY re: Merriam 36 N.E. 505 1441 S. 0.1973, 14 L. Ed. 287).** Since a corporation is a fictitious "person" (it can not speak, see, touch, smell, etc.), it can not, by itself, function in the real world. It needs a conduit, a transmitting person, & fictional world in which it exists, to the real world.

16. **Commentaries on Equity Jurisprudence Section 633**
"The doctrine proceeds upon the ground of natural justice, and its object is to prevent the unearned enrichment of one person at the expense of another..."

17. **16 Am Jur 2d, Sec 177 late 2d, Sec 256**
The general misconception is that any statute passed by legislators bearing the appearance of law constitutes the law of the land. The U.S. Constitution is the supreme law of the land, and any statute, to be valid, must be in agreement.
The General rule is that an unconstitutional statute, though having the form and name of law is in reality no law, but is wholly void, and ineffective for any purpose; since unconstitutionality dates from the time it's enactment and not merely from the date of the decision so branding it. An unconstitutional law, in legal contemplation, is an inoperative as if it had never been passed. Such a statute leaves the question that it purports to settle just as it would be had the statute not been enacted.
Since unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it....
A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental la of the land, it is superseded thereby.

I.  **Basis for Jurisdiction**

The United States Federal Statutes fall under International Law, the corporation and agencies thereof are 'persons' in the eyes of the Law.

The defendants in this lawsuit fall under 28 U.S. Code § 1331 the Middle District Court of North Carolina has Original Jurisdiction, where the crimes were perpetuated.

--EVIDENCE OF INTERNAITONAL LAW

**Per the Montevideo Convention of the Rights and Duties of States, December 26, 1933**

**Article 2.** "The federal state shall constitute a sole person in the eyes of international law>'

**Article 9.** "The jurisdiction of states within the limits of national territory applies to all the inhabitants. National and foreigners are under the same protection of the law and the national authorities and the foreigners may not claim rights other or more extensive than those of the nationals"

**Article 10.** "The primary interest of states is the conservation of peace..."

5

A. **Federal Question**
    1. Constitution & Declaration of Independence
    2. 13th Amendment – Abolished Involuntary Servitude
    3. 15 U.S. Code § 17 - Antitrust laws not applicable to labor organizations; "The labor of a human being is not a commodity or article of commerce";
    4. 18 U.S. Code §2340A Torture;
    5. 18 U.S. Code Chapter 77 Part I; Peonage, Slavery, and Trafficking in Persons § 1581-1590;
    6. 18 U.S. Code § 1589 – Forced Labor;(b)Whoever knowingly benefits, financially or by receiving anything of value, from participation in a venture which has engaged in the providing or obtaining of labor or services by any of the means described in subsection (a);
    7. 18 U.S. Code § 1961-1969 – RICO
    8. 18 U.S. Code § 1651 – 1661 – Piracy and Privateering
    9. 18 U.S. Code § 1348 Securities and Commodities Fraud:
    10. 18 U.S. Code § 1001 Statements of entries generally; (2) makes any materially false, fictitious, or fraudulent statement or representation.
    11. 18 U.S. Code § 287 – False, fictitious or fraudulent claims;
    12. 18 U.S. Code § 241 – Conspiracy Against Rights";
    13. 18 U.S. Code § 242 – Deprivation of Rights Under the Color of Law";
    14. 18 U.S. Code § 1028 – Fraud and related activity in connection with identification documents, authentication features, and information:
    15. 20 CFR § 422.104(a) Persons eligible for SSN assignment
        § 422.402(e) You; means an individual who owes a debt to the United States within the scope of this subpart
    16. 42 U.S. Code § 1397j(1) Abuse; "...the knowing infliction of physical or psychological harm or the deprivation of goods or service that are necessary to meet essential needs or to avoid physical or psychological harm.
    17. 46 CFR 67.131 - Forfeited Vessel
    18. 46 U.S. Code § 57109 – Operation of vessels purchased, chartered, or leased from Secretary of Transportation

II. **EXHIBITS**

| | |
|---|---|
| 1A : | Copy of "Mother's Copy" of Birth Record from Randolph County Hospital |
| 2A-1: | Certificate of Live Birth Copy from Randolph County Register of Deeds Office |
| 2A-2: | Randolph Hospital Birth Record of the Vessel EDWARD FREDERICK MCCALLUM III |
| 3A – 3B : | Common Law Copyright for EDWARD FREDERICK MCCALLUM III TRUST© |
| 4A – 4O : | EDWARD FREDERICK MCCALLUM III TRUST©, Legal Notice and Demand |
| 5A – 5L : | UCC-1 Financing Statement Filing |
| 6A1 – 6A3: | Emails to Krista Lowe, Randolph County Register of Deeds to Correct Birth Records |

**1A** – Copy of Mother's Copy of Baby Details, BORN not Birth

**2A-1** - COLB for the Registration, Monetization, Securitization, and Documented Paper Trail of attempting the sell the living man into slavery by his stolen identity and giving it back to him as a Slave under the Social Security Number as an Employee, evidenced under 42 USC 410

**2A-2** – Certificate from Randolph Hospital of the vessel/estate EDWARD FREDERICK MCCALLUM III

**3A- 3B** – Common Law Copy Right for EDWARD FREDERICK MCCALLUM III TRUST - $500,000 per use of the name without express consent with wet ink Autograph

**4A - 4O** – Legal Notice and Demand outlining Fee Schedule, True Identity, and Trust Laws for operating in Commerce and taking back true ownership of my Life and Estate.

**5A - 5L** – UCC-1 Financing Statement Filings, received then refused it for "interfering" with "persons"

**6A1 - 6A3** - Emails to Randolph County Register of Deeds Office to Redeliver my Certificate of live birth and Estate to Common Law under the Constitutional Republic from the Corporation out of the control of the corporation and remove their ownership.

## III. Statement of Claim

1. Exhibit 1A and 2A-1, compared shows a forged Certificate of Live Birth by the Randolph County Register of Deeds using the stolen identity to make it appear consensual by my mother and father. 2A-2 is the Slave Vessel used in commerce and Debtor to the United States so all Commercial Paper from it are collected, claimed, and harvested behind the scenes without my consent or disclosure.

2. 15 USC 17 – "The Labor of a Human Being is not a commodity or article of commerce."
    - Using the Identity Edward Frederick McCallum III & being Identified as EDWARD FREDERICK MCCALLUM III are 'persons' created by the municipal corporation and NOT reflective of my true Identity of a Given & Family name, a natural born living man.

3. 42 USC 410 Social Security Employment Definition --Defines the employed actions under the employment of the social security number which is a direct conflict of #2 above as clearly my entire life has been an employment contract due to fraud and being sold into paper slavery by the Randolph County Register of Deeds. Exhibit 6A-1 thru 6A3 are emails requesting the Estate be removed from the foreign corporate jurisdiction and into Constitutional Common Law.

4. Legally and Lawfully enforceable contracts require capacity and consideration among other elements. Contracting with a corporation or existing within or under one is an impossible impossibility as I am a natural born living man and can ONLY contract with other living men and women. ALL contracts entered into under this false identity are fraud in fact, assumed consent goes against the fundamentals of contract law.

5. The existence of the system in and of itself is irrefutable factual evidence this was intentional enslavement, unjust enrichment, and identity theft intentionally to benefit and profit a select few. An entire NC Judicial System set up that is ANYTHING but Article III, pushing Bills of Attainder that are PROHIBITED by The Constitution to scare people into signing Unlawful plea deals based on Forcing Appearances under a False Identity that claim to be "enforcing contracts" when in fact the contracts are void ab initio.

6. Randolph County Hospital in following the "laws" of The State of North Carolina, a municipal corporation, stole my personal and private information as a baby. The Doctor Trafficked me to the Radolph County Register of Deeds Office where they created a "Birth Certificate" & "Certificate of Live Birth" to make it appear as if my mother and father signed them, thus selling me into slavery.

    a. Forced to abide by NC General Statute 130! 101 – to steal the baby's information and create a slave from their innocence and divinity
    b. NC General Statute 10A NCAC 13B.3903 – DHHS requires the Hospital to do this as well, stealing the information and tracking living men and women invading their human rights to privacy.

7. The State of North Carolina needs to be shut down IMMEDIATELY for expansive and intentional Human Rights Violations and Intentional Fraud within their "Laws" requiring other corporations to violate Civil Rights, Commit Human Trafficking, and identity theft.

8. Exhibit 2B-2 The hospital created an Estate and gave me a Social Security Number to use as an identity while the Corporation Owning the Birth Certificate profited by 2nd/3rd/4th level/layer transactions and I was left working for a living in order to buy the essentials to survive. When my signature creates ALL of the wealth and prosperity in commercial paper.

9. This was created to harvest my life force and energy through "Commercial Law" without any disclosure or consent. ALL commercial paper I produced through contracts, credit cards, any bank notes, kept from me, the true owner, master beneficiary and master of the vessel.

10. I have been Discriminated Against with Fraudulent Ultra Vires Contracts for Openly Stating Obvious Facts that I always assumed spoke for themselves, that I am a natural born living man.

## IV. RELIEF

**Respectfully, I DEMAND HARD ASSETS** for 41 years of my life and being paid in IOU's of counterfeit "money", Being the Master of a United States Slave Vessel using MY stolen Identity.....I will take full Ownership of these Foreign Municipal Corporations being Irresponsibly Managed to oppress and control Free American's Lives to support foreign private interests.

1. Federal Criminal Indictments for all parties involved for accountability. Other cases will be included in conjunction with this Lawsuit and other lawsuits
2. Remove the Estate from the Municipal Corporation and into Common Law under the Constitutional Republic and strictly under my control 100% Ownership.
3. Remove al of my personal and private records from the databases and public/private files
4. Return ALL "payments" received from myself under the False Identity of the Estate as ALL "Bills" under the Estate were the responsibility of the United States under 18 USC 8. PLUS 18% Interest from the date each payment was received.
5. $500,000 – For each use of the Trust/Estate name EDWARD FREDERICK MCCALLUM III

Randolph Hospital - $500,000,000
Randolph County Register of Deeds - Krista Lowe - $100,000,000
North Carolina Vital Records - $100,000,000
North Carolina State Center for Health Statistics - $100,000,000
North Carolina Department of Health and Human Services(DHHS) - $500,000,000
Judiciary Courts of the State of North Carolina dba Randolph County Probate Court - $10,000,000,000
North Carolina Department of Revenue - $1,000,000,000
North Carolina Secretary of State - $100,000,000
United States Treasury - $10,000,000,000
North Carolina DMV - $100,000,000
North Carolina DOT - $100,000,000
Federal Reserve Bank of St. Louis - $100,000,000
Social Security Administration - $100,000,000

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual

8

contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 8/20/25

Autograph of Living Man/Attorney in Fact[Plaintiff]: *:Edward-Frederick: McCallum-III*

Printed Name of Living Man[Plaintiff]: *:Edward-Frederick: McCallum-III*

**CERTIFICATE OF DELIVERY**

Supreme Court
1 First Street, NE Washington, DC 20543
Mailed USPS 1st Class - August 20th, 2025

US Department of Justice
950 Pennsylvania Avenue NW, Washington DC, 20530
Mailed USPS 1st Class - August 20th, 2025

North Carolina Department of Justice
114 West Edenton Street, Raleigh, North Carolina, 27603
Mailed USPS 1st Class - August 20th, 2025